# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

MARK FITZHENRY, individually and on behalf of a class of all persons and entities similarly situated,

    Plaintiff

vs.

GUARDIAN PROTECTION SERVICES, INC., and SECURITY FORCE, INC.

    Defendants.

Case No. 2:16-cv-01253-MRH

CLASS ACTION COMPLAINT

## MOTION FOR ADMISSION *PRO HAC VICE* OF ANTHONY PARONICH

Clayton Morrow, undersigned counsel for Plaintiff Mark Fitzhenry, hereby moves that Anthony I. Paronich be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Anthony Paronich filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

  /s/ *Clayton S. Morrow*
Clayton S. Morrow
Email: csm@consumerlaw365.com
Morrow & Artim, PC
304 Ross Street, 7th Floor
Pittsburgh, PA 15219
Telephone: (412) 281-1250

### CERTIFICATE OF SERVICE

I hereby certify that, on September 6, 2016, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Western District of Pennsylvania using the CM/ECF system, which will send notification of such filing to all counsel of record.

  /s/ *Clayton S. Morrow*
Clayton S. Morrow